# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-3086**  　　　　　　　　　　　　**September Term, 2021**

**1:21-cr-00003-RCL-1**

**Filed On:** July 5, 2022

United States of America,

　　　Appellee

　　v.

Jacob Anthony Chansley, also known as
Jake Angeli, also known as Jacob Angeli,

　　　Appellant

**O R D E R**

Upon consideration of appellant's motion to voluntarily dismiss appeal, and appellant's affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2021).

The Clerk is directed to issue the mandate forthwith.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Tatiana Magruder
　　　　　　　　　　　　　　　　　Deputy Clerk