**CLERK, UNITED STATES COURT OF APPEALS**
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 15 2021

**RECEIVED**

NEOPOST    FIRST-CLASS MAIL
12/02/2021
US POSTAGE $000.73⁰



ZIP 20001
041M11283068

NIXIE    911   FE 1     0012/07/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001286699    *2931-08982-02-44

John M. Pierce
Pierce Bainbridge P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

December 1, 2021

General Information
(202) 216-7000

Re:    21-3086 USA v. Jacob Chansley

John M. Pierce
Pierce Bainbridge P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

Dear Counsel:

It is my understanding that you represent a party in the above captioned case.

Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our procedures do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2021).

Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by **December 16, 2021**. The application and supporting documents may be electronically submitted with payment through the Bar Admission utility within CM/ECF.

Very truly yours,
Mark J. Langer, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk

The following forms and notices are available on the Court's website:

Application for Admission to Practice

# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 21-3086** | **September Term, 2021** |
| | 1:21-cr-00003-RCL-1 |
| | **Filed On: December 1, 2021** [1924983] |

United States of America,

  Appellee

 v.

Jacob Anthony Chansley, also known as
Jake Angeli, also known as Jacob Angeli,

  Appellant

### O R D E R

The notice of appeal was filed on November 30, 2021, and docketed in this court on December 1, 2021. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | December 16, 2021 |
| Entry of Appearance Form | December 16, 2021 |
| Transcript Status Report | December 16, 2021 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

        BY: /s/
          Scott H. Atchue
          Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form