# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 21-3086     1a. Criminal Action Number: 21-cr-0003

2. Case Name: USA v. Jacob Chansley

3. Appellant's Name: Jacob Chansley

   3a. Appellant's Defendant No.: 1     3b. Appellant's Fed. Reg/PDID No.

4. Date of conviction 9/3/2021     4a. Date of sentence 11/17/2021

5. Name of District Court Judge Judge Royce C. Lamberth

6. Date of Notice of Appeal Filed: 11/30/2021

7. Offense(s) of conviction: 2 Counts of Obstruction of an Official Proceedings

8. Did appellant plead guilty?     ● Yes  ○ No

9. What sentence was imposed? 41 Months with credit for time served

10. How much of the sentence has appellant served? 10 Months

11. Is appellant challenging the conviction?     ● Yes  ○ No

12. Is appellant challenging the sentence?     ● Yes  ○ No

13. Has appellant filed a post-conviction motion?     ○ Yes  ● No
   If yes, what motion, date filed, and disposition:

14. Is appellant incarcerated?     ○ Yes  ○ No
   If yes, where: FDC Alexandria 2001 Mill Rd, Alexandria, VA 22314
   If no, address: _____     Phone ( ___ ) ___ - ___

15. Has appellant moved for release pending appeal in District Court?     ○ Yes  ● No
   If yes, date filed _____     Disposition: _____
   If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ○ No

16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ● No

17. Did appellant have court-appointed counsel in District Court?  ○ Yes  ● No

18. Does counsel appointed in District Court wish to continue on appeal?  ○ Yes  ● No

19. Did defendant have retained counsel in district court?  ● Yes  ○ No
   If yes, will case proceed on appeal with retained counsel?  ● Yes  ○ No
   If no, will appellant seek appointment of counsel on appeal?  ○ Yes  ○ No
   If no, has a motion to proceed in forma pauperis been filed?  ○ Yes  ○ No

20. Has counsel ordered transcripts?     ● Yes  ○ No

21. If yes, from what proceedings: USA v. Chansley, Case No. 21-cr-0003

22. If yes, when will transcripts be completed? 12-30-2021

23. Did counsel seek expedited preparation of sentencing transcripts?  ● Yes  ○ No

Signature _John M. Pierce_     Date 12/20/2021

Name of Party Jacob Chansley

Firm Address John Pierce Law, 21550 Oxnard St., 3rd Floor, PMB # 172, Woodlands Hills, CA 91367

   Phone ( 213 ) 279-7648     Fax ( ___ ) ___ - ___

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)