# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3086**                                                   **September Term, 2021**

1:21-cr-00003-RCL-1

Filed On: February 16, 2022 [1935485]

United States of America,

      Appellee

    v.

Jacob Anthony Chansley, also known as
Jake Angeli, also known as Jacob Angeli,

      Appellant

### O R D E R

    It is **ORDERED**, on the court's own motion, that appellant submit a transcript status report by February 23, 2022. Appellant's counsel is reminded that he must submit a transcript status report **every 15 days thereafter**, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter.

                                                                             **FOR THE COURT:**
                                                                             Mark J. Langer, Clerk

                                           BY:     /s/
                                                                        Scott H. Atchue
                                                                        Deputy Clerk