UNITED STATES COURTS OF APPEAL
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Appellee ) | |
| ) | |
| v. ) | Case No. 21-3086 |
| ) | |
| **JACOB CHANSLEY,** ) | |
| ) | |
| Appellant. ) | |

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and D.C. Circuit Rules 27(g) and 42, the Defendant/Appellant Jacob Chansley hereby submits this motion to voluntarily dismiss its appeal in the above-captioned case. Each party shall bear its own costs.

Date: May 12, 2022                 Respectfully Submitted,

*(signed)* John M. Pierce

John M. Pierce
**JOHN PIERCE LAW, P.C.**
21550 Oxnard Street, 3rd Floor, PMB#172
Woodland Hills, CA 91367
(213) 279-7846
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant Jacob Chansley*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a)(7)(C), I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 29(d) and 32(a)(7)(B) because it contains 39 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii) and Cir. R. 32(a)(1). I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Century Schoolbook font using Microsoft Word.

Dated: May 12, 2022                           /s/ John M. Pierce
                                              John M. Pierce

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, May 12, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                         */s/ John M. Pierce*
                                         *John M. Pierce*