UNITED STATES COURTS OF APPEAL
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　**Appellee** )<br>　　　　　　　　　　　　　　　 )<br>　v. 　　　　　　　　　　　　 )　　Case No. 21-3086<br>　　　　　　　　　　　　　　　 )<br>**JACOB CHANSLEY,** 　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　**Appellant.** 　　　　　 ) | |

### MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and D.C. Circuit Rules 27(g) and 42, the Defendant/Appellant Jacob Chansley hereby submits this motion to voluntarily dismiss its appeal in the above-captioned case. Each party shall bear its own costs.

Date: May 12, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ John M. Pierce*

　　　　　　　　　　　　　　　　　John M. Pierce
　　　　　　　　　　　　　　　　　**JOHN PIERCE LAW, P.C.**
　　　　　　　　　　　　　　　　　21550 Oxnard Street, 3rd Floor, PMB#172
　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　(213) 279-7846
　　　　　　　　　　　　　　　　　Email: jpierce@johnpiercelaw.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant Jacob Chansley*

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a)(7)(C), I hereby certify that this brief complies with the type-volume limitation of Fed. R. App. P. 29(d) and 32(a)(7)(B) because it contains 39 words, excluding the parts exempted by Fed. R. App. P. 32(a)(7)(B)(iii) and Cir. R. 32(a)(1). I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Century Schoolbook font using Microsoft Word.

Dated: May 12, 2022                          /s/ John M. Pierce
                                             John M. Pierce

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, May 12, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

    */s/ John M. Pierce*
    *John M. Pierce*

UNITED STATES COURTS OF APPEAL
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Appellee ) | |
| ) | |
| v. ) | Case No. 21-3086 |
| ) | |
| JACOB CHANSLEY, ) | |
| ) | |
|     Appellant. ) | |

### AFFIDAVIT OF JOHN M. PIERCE IN SUPPORT OF
### MOTION TO VOLUNTARILY DISMISS APPEAL

1. I am the Managing Partner with the law firm John Pierce Law, located 21550 Oxnard Street, 3rd Floor, PMB# 172, Woodland Hills, CA 91367. I am admitted to practice law before this Court.

2. On November 30, 2021, Defendant-Appellant Jacob Chansley filed a notice of appeal from a judgment of conviction and sentence for the offense of obstruction of an official proceeding.

3. On April 22, 2022, Defendant-Appellant Jacob Chansley filed a motion to dismiss appeal. The Defendant-Appellant is satisfied with the outcome of this matter and does not wish further review.

4. The Defendant-Appellant has been fully informed of the circumstances of the case and of the consequences of a dismissal and wishes to dismiss the appeal.

5. Defendant-Appellant states that he no longer wishes to continue the matter and requests that the appeal proceedings be ended and finished.

Dated: New York, New York

May 12, 2022

*[signature: John M. Pierce]*

John M. Pierce
**JOHN PIERCE LAW**
21550 Oxnard Street
3rd Floor, PMB# 172
Woodland Hills, CA 91367
tel: (213) 279-7648

Sworn to before me this 12 day of ~~April,~~ May 2022

*[signature]*
Notary Public

RYAN PETERSEN
NOTARY PUBLIC for the
State of Montana
Residing at Kalispell, MT
My Commission Expires
April 29, 2025.