# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-3086** | **September Term, 2021** |
| | **1:21-cr-00003-RCL-1** |
| | **Filed On: May 18, 2022** [1947110] |

United States of America,

      Appellee

      v.

Jacob Anthony Chansley, also known as
Jake Angeli, also known as Jacob Angeli,

      Appellant

## O R D E R

Upon consideration of appellant's corrected motion for voluntary dismissal, and counsel's affidavit in support thereof, it is

**ORDERED** that the motion be denied without prejudice to the filing of a motion accompanied by an affidavit signed by the appellant and "stating that the appellant has been fully informed of the circumstances of the case and of the consequences of a dismissal, and wishes to dismiss the appeal" and reciting "the appellant's satisfaction with the services of counsel."  <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 35 (2021).

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                          BY:    /s/
                                                  Catherine J. Lavender
                                                  Deputy Clerk