UNITED STATES COURTS OF APPEAL
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Appellee | ) |
| | ) |
| v. | ) Case No. 21-3086 |
| | ) |
| JACOB CHANSLEY, | ) |
| | ) |
| Appellant. | ) |

**APPELLANT'S AFFIDAVIT IN SUPPORT
OF VOLUNTARY DISMISSAL**

I, Jacob Chansley, hereby state that I wish to voluntarily dismiss my appeal in the above cited case. In this regard, my attorney, John Pierce, of John Pierce Law, has fully informed me of the circumstances of my case and of the consequences of the dismissal of my appeal. Based on this information, I have decided that it is in my best interest to dismiss the appeal at this time. For the Court's information, I a completely satisfied with the service of my counsel in this case.

I declare under penalty of perjury that the forging is true and correct.

15-JUNE-22
Date

[signature] Jacob Chansley

6-15-22
Date

[signature] Witness

Scanned with CamScanner