# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3086**　　　　　　　　　　　　　　　　**September Term, 2021**

**1:21-cr-00003-RCL-1**

**Filed On: July 5, 2022** [1953430]

United States of America,

    Appellee

  v.

Jacob Anthony Chansley, also known as
Jake Angeli, also known as Jacob Angeli,

    Appellant

### M A N D A T E

In accordance with the order of July 5, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Tatiana A. Magruder
Deputy Clerk

Link to the order filed July 5, 2022